Mr. *Ernest Lowengrund* for petitioners.  *Assistant Solicitor General Cox, Messrs. Joseph Edward Williams, Roger P. Marquis* and *Robert L. Stern* for the United States.

No. 1216.  42ND ST. FOTO SHOP, INC. ET AL. *v.* NEW YORK STATE LABOR RELATIONS BOARD.  June 4, 1945.  Petition for writ of certiorari to the Supreme Court of New York denied.  *Mr. Sol. A. Herzog* for petitioners.  *Mr. Philip Feldblum* for respondent.

No. 1220.  ARMOUR & CO. *v.* BOWLES, PRICE ADMINISTRATOR.  June 4, 1945.  Petition for writ of certiorari to the United States Emergency Court of Appeals denied.  *Messrs. Donald R. Richberg, Charles J. Faulkner* and *George E. Leonard, Jr.* for petitioner.  *Assistant Solicitor General Cox, Messrs. Richard H. Field, Nathaniel L. Nathanson* and *Jacob D. Hyman* for respondent.

No. 1221.  OSWALD & HESS CO. *v.* BOWLES, PRICE ADMINISTRATOR.  June 4, 1945.  Petition for writ of certiorari to the United States Emergency Court of Appeals denied.  *Mr. Benjamin M. Becker* for petitioner.  *Assistant Solicitor General Cox* and *Mr. Richard H. Field* for respondent.

No. 1226.  BATTLES, RECEIVER, *v.* BRANIFF AIRWAYS, INC.  June 4, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. Charles D. Turner* for petitioner.